NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alejandro Quintana, | No. CV15-08048-PCT-SRB-(ESW) |
| Plaintiff, | |
| v. | |
| Unknown Tariq, et al., | |
| Defendants. | |

Plaintiff filed his Civil Rights Complaint on April 6, 2015. On June 26, 2015, the Court issued a screening order advising Plaintiff that he "must file and serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure." Plaintiff was further advised that "Failure to comply may result in dismissal of this action."

The Magistrate Judge filed her Report and Recommendation on November 23, 2015 recommending that Plaintiff's case be dismissed without prejudice. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge. The Court notes that Plaintiff's copy of the Report and Recommendation was returned by the Post-Office with the notation "Return to Sender Not Deliverable as Addressed Unable to Forward."

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.  (Doc. 16)

/ / /

1

2    **IT IS FURTHER ORDERED** dismissing this case without prejudice.

3    **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

4

5    Dated this 23rd day of December, 2015.

6

7

8

9    _____

10   Susan R. Bolton
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28